**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 15 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>HUA XIAO, aka "Ashley,"<br>JIANMING LI, aka "Mia,"<br>CHENG CHENG LIU, aka "Emily,"<br>  and<br>JISUP HWANG, aka "Jay," aka "J,"<br><br>DEFENDANT(S) | Case No.: 2:25-cr-0313-GMN-MDC<br><br>**SEALING ORDER** |

Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: October 15, 2025

_____
UNITED STATES MAGISTRATE JUDGE